UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA ASSOCIATION OF
PROFESSIONAL FIREFIGHTERS,

        Plaintiff,

    v.

RICARDO CUEVAS,

        Defendant.
_____/

NO. 2:08-CV-1463 FCD/KJM

**ORDER RE: SETTLEMENT AND DISPOSITION**

    Pursuant to the representations of the plaintiff, in the above action, the court has determined that this case has settled.

    In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before December 5, 2008. All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

    **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

    **IT IS SO ORDERED**.

Dated: October 9, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE